1424

*September 13, 2017*

2017-Ohio-7587.]

**2017–1279.   Otte v. State.**
Cuyahoga App. No. 106204. On appellant's motion to stay execution date. Motion denied. On consideration of jurisdictional memoranda, jurisdiction declined.
O'NEILL, J., dissents.

*September 13, 2017*

2017-Ohio-7567.]

**2016–1394.   Johnson v. Shaker Hts. Mun. Court.**
In Mandamus. On relator's motion to join Ohio Bureau of Motor Vehicles as a party. Motion granted. Relator shall file an amended complaint in mandamus within 21 days that contains a specific statement of facts upon which the claim for relief is based as to the joined respondent. Joined respondent shall file an answer to the amended complaint or a motion to dismiss within 21 days of the filing of the complaint.
On respondent Shaker Heights Municipal Court's motion to dismiss. Motion granted. Cause dismissed as to Shaker Heights Municipal Court.
O'CONNOR, C.J., and KENNEDY, FRENCH, O'NEILL, and FISCHER, JJ., concur.
O'DONNELL, J., dissents.
DEWINE, J., dissents in part and would deny relator's motion to join party.

**2016–1486.   Sunoco Pipeline, L.P. v. Teter.**
Harrison App. Nos. 16 HA 0002 and 16 HA 0005, 2016-Ohio-7073. On appellee's motion to dismiss. Motion granted. Cause dismissed. On appellee's motion to strike. Motion denied as moot.
FRENCH and O'NEILL, JJ., dissent and would deny appellee's motion to dismiss and grant appellee's *motion to strike.*

**2017–0389.   State ex rel. Armatas v. Haas.**
In Prohibition. On respondent's motion to dismiss. Motion granted. Cause dismissed. On motions for leave to intervene as respondents. Motions denied as moot.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0399.   May v. Dir., Dept. of Job & Family Servs.**
In Mandamus. On S.Ct.Prac.R. 12.04 determination. Cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0494.   State ex rel. Walker v. Yount.**
In Mandamus. On S.Ct.Prac.R. 12.04 determination. Cause dismissed. On relator's motion to expedite proceedings. Motion denied as moot.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.